JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH L. KIMBLE,<br><br>                Petitioner,<br><br>      v.<br><br>R. JOHNSON, Warden,<br><br>                Respondent. | Case No. 2:20-cv-01991-CAS (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: March 5, 2020

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Judge